THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT WHITE**
**AND LINDA WHITE**                                                                                           **PLAINTIFFS**

**VS**                                                                          **CAUSE NO:  1:23cv128HSO-BWR**

**THE SHERWIN-WILLIAMS COMPANY**
**AND DANIEL MACK**                                                                                        **DEFENDANTS**

**DEFENDANTS THE SHERWIN-WILLIAMS COMPANY AND DANIEL MACK'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

COME NOW The Sherwin-Williams Company and Daniel Mack and respond to the Complaint as follows:

**ANSWER**

**Jurisdiction**

1. The allegations contained within paragraph 1 of the Complaint are denied.

**Venue**

2. The allegations contained within paragraph 2 of the Complaint are denied.

**Parties**

3. In sufficient information exist to admit or deny the allegations of paragraph 3 of the Complaint and the same are denied.

4. The allegations contained within paragraph 4 are admitted.

5. The allegations contained within paragraph 5 are admitted.

**Facts**

6. The allegations contained within paragraph 6 of the Complaint are denied.

7. The allegations contained within paragraph 7 of the Complaint are denied

8. The allegations contained within paragraph 8 are admitted.

9. The allegations contained within paragraph 9 are denied.

10. The allegations contained within paragraph 10 are admitted.

11. The allegations contained within paragraph 11 are denied.

12. Insufficient information exists to admit or deny the allegations of paragraph 12 of the Complaint, and therefore the same are denied.

## COUNT I
## Negligence and Negligence Per Se of Defendant Daniel Mack

13. The allegations contained within paragraph 13 are denied to the extent that they suggest that the defendant did not operate his vehicle in a reasonably prudent manner.

14. The allegations contained within paragraph 14 are denied.

15. The allegations contained within paragraph 15, and each sub paragraph therein, are denied.

16. The allegations contained within paragraph 16 are denied.

## COUNT II
## Negligence and Negligence Per Se of Defendant The Sherwin-Williams Company

17. The allegations contained within paragraph 17 are denied.

18. The allegations contained within paragraph 18 are denied.

19. The allegations contained within paragraph 19, and each sub paragraph therein are denied.

20. The allegations contained within paragraph 20 are denied.

## Causation

21. The allegations contained within paragraph 21 are denied.

**Damages**

22. The allegations contained within paragraph 22 are denied.

23. The allegations contained within paragraph 23 are denied.

24. The allegations contained within paragraph 24 are denied.

25. The allegations contained within paragraph 25 and each of the sub paragraphs therein are denied.

**Request for Relief**

26. The allegations contained within paragraph 26 and each of the sub paragraphs therein are denied.

**AFFIRMATIVE DEFENSES**

AND NOW, having answered the Complaint, paragraph by paragraph, Defendants would raise the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

The Defendants affirmatively deny any and all allegations of negligence and demand that the Plaintiffs be held to strict proof of each and every claim against the Defendants.

**THIRD AFFIRMATIVE DEFENSE**

The Defendants by way of affirmative defense aver that the proximate cause or a contributing proximate cause of the Plaintiffs' injuries and damages, if any, may have been the Plaintiffs' own actions. Accordingly, Plaintiffs' damages, if any, should be barred or alternatively reduced in accordance with Plaintiffs' percentage of fault.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred under the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

The Defendants assert a right of set-off, offset, subrogation and/or credit against the Plaintiffs' liability insurance coverage.

**SIXTH AFFIRMATIVE DEFENSE**

The Defendants deny liability in this cause, however, if applicable and in the alternative, to the extent that the Plaintiffs' injuries and damages were caused by others, either in whole or in part, and/or others are liable for any portion of the claim or demand herein, liability must be apportioned pursuant to § 85-5-7, Miss. Code Ann. (1972), as amended.

**SEVENTH AFFIRMATIVE DEFENSE**

The Plaintiffs are barred under the equitable doctrine of laches.

**EIGHTH AFFIRMATIVE DEFENSE**

The Defendants assert the claims asserted herein are barred under the preemption to the extent that the Plaintiffs are asserting any state law claim based upon any state statute.

**NINTH AFFIRMATIVE DEFENSE**

The Defendants hereby give notice that they intend to rely upon such other and further defenses as they become available to them or apparent during the discovery process in this action and hereby reserve the right to amend this Answer to Plaintiffs' Complaint to assert any such additional defenses.

**TENTH AFFIRMATIVE DEFENSE**

The Plaintiffs have failed to state a cause of action upon which relief might be granted.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Defendants assert and preserve any and all motions which may have been brought to dismiss under Rule 12(b)(1) to (7).

**TWELFTH AFFIRMATIVE DEFENSE**

Fault, if any, must be comparatively borne by the Plaintiffs and other unnamed parties.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendants assert all statutory caps or restrictions on damages, including those found in Miss. Code Ann. §§ 11-1-60, 11-1-65, and 11-1-69.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Answer and Affirmative Defenses be deemed good and sufficient and that, there be judgment in their favor, dismissing the Complaint herein at Plaintiffs' cost.

Respectfully Submitted this the 23rd day of May, 2023.

        **THE SHERWIN-WILLIAMS COMPANY and DANIEL MACK, DEFENDANTS**

        By: /s/ Michael J. Wolf
           MICHAEL J. WOLF

OF COUNSEL:

MICHAEL J. WOLF – MSB# 99406
RESNICK & LOUIS, P.C.
101 Highpointe Court, Suite C
Brandon, MS  39042
Telephone: (601) 213-4636
Direct Tel/Fax: (601) 371-3939
Email: mwolf@rlattorneys.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have filed a true and correct copy of the above and foregoing document to the Clerk of Court using the EFC electronic filing system which sent notification to all counsel of record.

THIS, the 23rd day of May, 2023.

/s/ Michael J. Wolf
MICHAEL J. WOLF